BEFORE THE SECOND DIVISION, OCTOBER 19, 1938

**No. 39658.**—Protest 144600–G of C. B. Richard & Co. (New York).

Opinion by TILSON, J. Embroidered articles in part of lace similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430.